NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAX SOUND CORPORATION,**
*Plaintiff-Appellant*

**v.**

**GOOGLE, INC., YOUTUBE, LLC, ON2 TECHNOLOGIES, INC.,**
*Defendants-Appellees*

**VEDANTI SYSTEMS LIMITED,**
*Defendant*

---

2016-1620

---

Appeal from the United States District Court for the Northern District of California in No. 5:14-cv-04412-EJD, Judge Edward J. Davila.

---

**JUDGMENT**

---

ERIC WILLIAM BUETHER, Buether Joe & Carpenter LLC, Dallas, TX, argued for plaintiff-appellant.

STEFANI E. SHANBERG, Wilson, Sonsini, Goodrich & Rosati, PC, San Francisco, CA, argued for defendants-appellees. Also represented by ROBIN L. BREWER, MICHAEL

J. GUO, JENNIFER J. SCHMIDT; HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 18, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |